## VERIFICATION

I, BRIDGET DIAS, am the Plaintiff in the instant action and I hereby verify the foregoing Complaint as true and correct to the best of my personal knowledge and belief.

Signed as true and correct, under penalty of law of the State of Hawaii, this 10th day of August 2010.

_____
BRIDGET DIAS