ORIGINAL | CV 10-00463SOM-LEK |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Aug 11, 2010
At __ oclock and __ min

[✔]     ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[ ]     ORDER SETTING STATUS CONFERENCE

for **Monday, November 08, 2010** at 9:00 a.m before:

[ ]     Magistrate Judge Barry M. Kurren in Courtroom 6

[✔]    Magistrate Judge Leslie E. Kobayashi in Courtroom 7

[ ]     Magistrate Judge Kevin S.C. Chang in Courtroom 5

Pursuant to Rule 16 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and Local Rule 16.2 of the Rules of the United States District Court for the District of Hawaii:
- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Wednesday, August 11, 2010.

/s/ Susan Mollway
Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

RECEIVED BY MAIL

Date___August 11, 2010_____    Signature _____
                                  Atty ( ) Secy ( ) Messenger ( )

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT. PLEASE DO NOT REMOVE.**