EXHIBIT "A"

ALL of that certain parcel of land (being a portion of Grant 11,881 to George Shiroma) situated at Waiakea, South Hilo, Island of Hawaii, State of Hawaii, being LOT 8 of the KINAI SUBDIVISION, being also a portion of Lot 14-H, Block 801 of the Waiakea Homesteads, First Series, described as follows:

Beginning at the west corner of this parcel of land, being the north corner of Lot 9 and on the south side of Road Lot "B", the coordinates of said point of beginning referred to Government Survey Triangulation Station "HALAI" being 14,058.84 feet South and 12,246.58 feet East, thence running by azimuths measured clockwise from True South:

1. 265° 42' 24.13 feet along Road Lot "B";

2. 175° 42' 20.17 feet along Road Lot "B";

3. 265° 42' 48.37 feet along Lot 7;

4. 355° 42' 144.74 feet along Lot 7;

5. 85° 42' 72.50 feet along Lot 184, Panaewa House and Farm Lots, Section 2 (File Plan 1487);

6. 175° 42' 124.57 feet along Lot 9 to the point of beginning and containing an area of 10,007 square feet, more or less, as per survey of Alan Z. Inaba, Registered Professional Land Surveyor, Certificate No. 5626.

TOGETHER WITH an undivided one-sixth (1/6th) interest in Roadway Lot B containing an area of 3,563 square feet, more or less, in the Kinai Subdivision. Said Roadway Lot B is more fully described in Deed recorded May 9, 1994 as Regular System Document No. 94-075247 of Official Records.

RESERVING to the Sellers the right to dedicate this Roadway Lot B as a public road and if and when this Roadway Lot B is dedicated and conveyed to any governmental authority for use as a public roadway, the said easement and private rights in said roadway shall forthwith terminate.

TOGETHER ALSO WITH EASEMENT "3", area 125 square feet, (for road and utility purposes), being a portion of Lot 5, being more fully described in Deed recorded May 9, 1994 as Regular System Document No. 94-075247 of Official Records.

TOGETHER ALSO WITH EASEMENT "4", area 312 square feet, (for road and utility purposes), being a portion of Lot 6, being more fully described in Deed recorded May 9, 1994 as Regular System Document No. 94-075247 of Official Records.

TOGETHER ALSO WITH EASEMENT "5", area 65 square feet, (for road and utility purposes), being a portion of Lot 7, being more fully described in Deed recorded May 9, 1994 as Regular System Document No. 94-075247 of Official Records.

TOGETHER ALSO WITH EASEMENT "7", area 79 square feet, (for road and utility purposes), being a portion of Lot 9, being more fully described in Deed recorded May 9, 1994 as Regular System Document No. 94-075247 of Official Records.

TOGETHER ALSO WITH EASEMENT "8", area 597 square feet, (for road and utility purposes), being a portion of Lot 10, being more fully described in Deed recorded May 9, 1994 as Regular System Document No. 94-075247 of Official Records.

TOGETHER ALSO WITH EASEMENT "9", area 35 square feet, (for road and utility purposes), being a portion of Lot 11, being more fully described in Deed recorded May 9, 1994 as Regular System Document No. 94-075247 of Official Records.

Being all of the premises acquired by the Grantor herein by Deed dated _MARCH 24, 2003_ and recorded as Regular System Document No. _2003-059046_ of Official Records.

SUBJECT, HOWEVER, to the following:

1. Title to all mineral and metallic mines reserved to the State of Hawaii.

2. Easement 6 (273 square feet) for road and utility purposes more fully described in Deed recorded May 9, 1994 as Regular System Document No. 94-075244 of Official Records.

3. The terms and provisions contained in the document entitled "Agreement" recorded November 8, 1990 as Regular System Document No. 90-173682 of Official Records.

4. Terms, provisions, reservations, covenants, conditions and restrictions, but deleting any of the aforementioned indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status, national origin, sexual orientation, marital status, ancestry, source of income or disability, to the extent such covenants, conditions or restrictions violate Title 42, Section 3604(c), of the United States Codes or Chapter 515 of the Hawaii Revised Statutes, as contained in the document entitled Declaration of Restrictive Covenants, recorded November 28, 1990 as Regular System Document No. 90-181853 of Official Records.

### END OF EXHIBIT "A"

2