# MINUTES

CASE NUMBER: CIVIL NO. 10-00463SOM-LEK

CASE NAME: Bridget Dias, an individual vs. Quicken Loans, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi     REPORTER:

DATE: 08/23/2010     TIME:

COURT ACTION: EO: Triage Conference set for October 27, 2010 at 09:15 AM before Magistrate Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager