UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

ORIGINAL

SEP 28 2010

at ___ o'clock and ___ min. P M
SUE BEITIA, CLERK

# Affidavit of Process Server

| BRIDGET DIAS | VS QUICKEN LOANS INC. et al | CV 10 00463 SOM LEK |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

BARRY EVELAND being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served BANK OF AMERICA CORPORATION
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS, COMPLAINT, ORDER SETTING RULE 16 SCHEDULING CONFERENCE & MEMO OF THE COURT REGARDING CORPORATE DISCLOSURES

by leaving with SCOTT LASCALA (PROCESS AGENT) At
     NAME                                    RELATIONSHIP

☐ Residence _____
                ADDRESS                CITY / STATE

☒ Business C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE
            ADDRESS                              CITY/STATE

On 9/21/10                     AT 12:45 PM
    DATE                          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                   DATE

from _____
     CITY      STATE      ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
                                                  DATE  TIME       DATE  TIME
(3) _____ _____ (4) _____ _____ (5) _____ _____
    DATE  TIME       DATE  TIME       DATE  TIME

AGE ___ 35 ___ Sex M ___ Race W ___ Height 6'0 ___ Weight 200 ___ HAIR BLACK

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 21ST day of SEPTEMBER, 2010.

_____
SIGNATURE OF NOTARY PUBLIC

**OFFICIAL SEAL**
KEVIN DUNN    NOTARY PUBLIC
NEW CASTLE COUNTY STATE OF DELAWARE
MY COMMISSION EXPIRES NOV. 23, 2010

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS