# PAUL J. SULLA, JR.

**ATTORNEY AT LAW**
A Law Corporation

2061 Kalanianaole Ave.
PO Box 5258
Hilo, HI 96720

Telephone (808) 933-3600
Facsimile (808) 933-3601
e-mail psulla@aloha.net

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 28 2010
DISTRICT OF HAWAII

*Also admitted in Massachusetts

September 27, 2010

US District Court
District of Hawaii
300 Ala Moana Blvd., Rm C338
Honolulu, HI 96850

Attention:  Clerk of the Court

Re:  Dias v. Quicken Loans Inc., et al.
Civil Case No. CV10-00463 SOM LEK

Dear Clerk of the Court:

Please find enclosed an original and copies of the following documents:

1. **Proof of Service of Defendant BANK OF AMERICAN CORPORATION**

Please file this document and return filed stamped copies in the self-address stamped envelope provided.

Thank you for your attention to this matter.  Please call with any questions.

Sincerely,

*Gloria Emery*
Gloria Emery
Legal Assistant to Paul J. Sulla, Jr.

Enclosures