Case 1:10-cv-00463-DAE -LEK   Document 10   Filed 10/04/10   Page 1 of 1   PageID #: 61

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 04 2010

at __11__ o'clock and __25__ min. __AM__
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

Bridget Dias, *et al,*

v.

Quicken Loans, Inc., *et al,*

Case#: **CV10-00463**
SOM-LEK

## AFFIDAVIT OF SERVICE
DEFENDANT: Quicken Loans, Inc

Being duly sworn on my oath, I *GINA SHARBOWSKI* declare that I am a citizen of the United States, over the age of eighteen and not a party to or interested in the proceedings of this action. I received this process / assignment on 9-21-10, and that I personally served the following: SUMMONS IN A CIVIL ACTION; ATTACHMENT TO SUMMONS; ORDER SETTING RULE 16 SCHEDULING CONFERENCE; MEMO FROM COURT (Re: Corporate Disclosure Statements); COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, RESCISSION AND MONETARY DAMAGES, VERIFICATION, SUMMONS in regards to the above case, upon:

# *QUICKEN LOANS, INC.*

c/o: KRISTIN SHARLAND, Agent @The Corporation Co, R/A
by identifying her and handing her the papers
as follows:

*Complete Address of Service*

**30600 Telegraph Rd, Ste 2345**

**Bingham Farms, MI 48025**
Oakland County, Michigan.

I declare under the penalty of perjury that the information contained in this Affidavit of Service is true and correct.

*Day, Date, Time of Service*

Tues.  SEP 2 1 2010  @11:24am

Gina Sharbowski
Process Server

Subscribed and sworn to before me on SEP 2 4 2010.

TANIA MOEN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Sept. 9, 2012