IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BRIDGET DIAS, an individual, | ) | CIV. NO. 10-00463 SOM/LEK |
| | ) | |
| Plaintiff, | ) | ORDER OF RECUSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| QUICKEN LOANS, INC., a Michigan corporation; BANK OF AMERICA CORPORATION, a Delaware Banking corporation formerly known as COUNTRYWIDE BANK FSB; and DOES 1-100, inclusive, | ) ) ) ) ) | |
| | | |
| Defendants. | | |

## ORDER OF RECUSAL

To avoid any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case.  In light of this action, this case is referred for reassignment.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 27, 2010.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Case 1:10-cv-00463-DAE -LEK   Document 14   Filed 10/28/10   Page 2 of 2     PageID #: 191