CADES SCHUTTE
A Limited Liability Law Partnership

PATRICIA J. MCHENRY       4267-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  pmchenry@cades.com

Attorney for Defendant
BANK OF AMERICA CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIDGET DIAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC., a Michigan corporation; BANK OF AMERICA CORPORATION, a Delaware Banking corporation formerly known as COUNTRYWIDE BANK FSB; and DOES 1-100, inclusive,<br><br>Defendants. | CIVIL NO. CV10-00463 DAE-LEK<br><br>DEFENDANT BANK OF AMERICA CORPORATION'S RULE 16 SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br>Scheduling Conference:<br>Date:  November 8, 2010<br>Time:  9:00 a.m.<br>Judge: Honorable Leslie A. Kobayashi |

## DEFENDANT BANK OF AMERICA CORPORATION'S
## SCHEDULING CONFERENCE STATEMENT

Pursuant to Local Rule 16.2(b), Defendant Bank of America Corporation

("BofA"), through its attorneys Cades Schutte LLP, submits the following

scheduling conference statement.

## I.  STATEMENT OF THE CASE

This case relates to a loan in the amount of $286,400.00 that Plaintiff BRIDGET DIAS ("Plaintiff") obtained from Defendant QUICKEN LOANS, INC. on December 9, 2005 and a loan in the amount of $61,000.00 that Plaintiff obtained from Countrywide Home Loans ("Countrywide") on October 13, 2006. In a shotgun approach that has become commonplace for borrowers attempting to stall foreclosures, Plaintiff's complaint asserts seventeen federal and state claims relating to the mortgage loans. The only apparent basis for which Plaintiff has sued BofA is the conclusory allegation that Countrywide was acquired by BofA. On that basis and because none of the causes of action pled state a viable claim upon which relief could be granted, BofA has filed a motion to dismiss the complaint, which is discussed below.

## II.  JURISDICTION AND VENUE

This action was purportedly brought under 15 U.S.C. § 1601 et seq., 12 U.S.C. § 1635, 15 U.S.C. § 1640, Title 12, and Regulation Z, Part 226 et seq., Title 24 C.F.R., Regulation X, part 3500. Plaintiff also asserts that there is diversity jurisdiction. Venue is proper under 28 U.S.C. § 1391(b) because a substantial part of the alleged events giving rise to the claim occurred in the State of Hawaii.

## III.  JURY DEMAND

Plaintiff has not demanded a jury trial.

IV. **APPROPRIATENESS, EXTENT AND TIMING OF DISCLOSURES**

BofA agrees to the standard disclosure requirements.

V. **DISCOVERY COMPLETED, DISCOVERY IN PROGRESS, MOTIONS PENDING**

No discovery has been completed and none is in progress. BofA filed a Motion to Dismiss on October 26, 2010 (the "Motion"). The hearing on the Motion has been scheduled for January 25, 2011 at 10:30 a.m.

VI. **SPECIAL PROCEDURES**

No special procedures are being requested at this time.

VII. **RELATED CASES**

BofA is not aware of any related cases.

VIII. **OTHER MATTERS**

BofA is not aware of any other matters.

DATED:  Honolulu, Hawaii, November 1, 2010.

CADES SCHUTTE
A Limited Liability Law Partnership

/s/ Patricia J. McHenry
PATRICIA J. MCHENRY
Attorney for Defendant
BANK OF AMERICA CORPORATION