IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIDGET DIAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC., a Michigan corporation; BANK OF AMERICA CORPORATION, a Delaware Banking corporation formerly known as COUNTRYWIDE BANK FSB; and DOES 1-100, inclusive,<br><br>Defendants. | CIVIL NO. CV10-00463 DAE-LEK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing document was served on the following electronically through CM/ECF:

PAUL J. SULLA, JR., ESQ.                       psulla@aloha.net
Attorney for Plaintiff
BRIDGET DIAS

DATED: Honolulu, Hawaii, November 1, 2010.

　　　　　　　　　　　　　　　　CADES SCHUTTE
　　　　　　　　　　　　　　　　A Limited Liability Law Partnership

　　　　　　　　　　　　　　　　/s/ Patricia J. McHenry
　　　　　　　　　　　　　　　　PATRICIA J. MCHENRY
　　　　　　　　　　　　　　　　AMANDA M. JONES
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　BANK OF AMERICA CORPORATION

ImanageDB:1477523.1